**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: June 28, 2010**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re                                               :        **Case No. 09-54675**

High-Market Corp.,                                  :

    Debtor.                     :        Chapter 11 (Judge Caldwell)

### ORDER TO SHOW CAUSE FOR CONVERSION OR DISMISSAL

On June 28, 2010, the Court was scheduled to conduct a status conference in the above-captioned chapter 11 proceeding. The Debtor and Counsel failed to appear. Also, according to United States Trustee's counsel, the operating reports are not current and updated insurance information has not been provided.

Accordingly, on **August 9, 2010, at 11:30 a.m.**, in Courtroom B, 170 North High Street, Columbus, Ohio, the Debtor and Counsel shall appear to show cause why this case should not be converted to chapter 7 or dismissed, pursuant to section 1112(b)(1) of the United States Bankruptcy Code**.**

    **IT IS SO ORDERED.**

**Copies to:**

All Creditors and Parties in Interest
Kathleen Tourgeman, Courtroom Deputy